**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Barry Earl WILLIAMS, Defendant–**
**Appellant.**

No. 04–6048.

United States Court of Appeals,
Fourth Circuit.

Submitted March 15, 2004.

Decided April 5, 2004.

Barry Earl Williams, Appellant pro se. Janet S. Reincke, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barry Earl Williams appeals the district court's order dismissing his motion filed pursuant to *Hazel–Atlas Glass Co. v. Hartford–Empire Co.* 322 U.S. 238, 64 S.Ct. 997, 88 L.Ed. 1250 (1944). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Williams,* No. CR–95–101 (E.D.Va. Dec. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*